## SECOND DEPARTMENT, DECEMBER TERM, 1895.*

The People of the State of New York ex rel. Anne Minott Mitchell, as Administrator, etc., Respondent, v. Edward B. Long and Others, Composing the Board of Trustees of White Plains and Others, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion. Dykman, J., not sitting.

In the Matter of the Judicial Settlement of the Account of Charles J. Ahrenfeldt, as Executor of Charles Ahrenfeldt, Deceased.— Order affirmed, with ten dollars costs and disbursements.—
PRATT, J.: The surrogate correctly held that the contestants are not interested in the questions they seek to raise. Order appealed from affirmed, with costs. Brown. P. J., and Dykman, J., concurred.

The People of the State of New York, Respondent, v. William Nooney, Appellant.— Order affirmed.—
DYKMAN, J.: This is an appeal from an order made at the Special Term reducing the costs of the appellant in a former appeal from an order of the County Court to the General Term from a full bill of costs as on appeal from a judgment and ten dollars costs of an appeal from an order. There is no doubt about the legality and propriety of the order, and it should be affirmed without an opinion. Pratt, J., concurred. Brown, P. J., not sitting.

Interstate Steamboat Company, Respondent, v. The First National Bank of Syracuse, Joseph A. Bradburn and Others, Appellants. —Order reversed, with ten dollars costs and disbursements. No opinion. All concur.

Sabra M. Ashley, Respondent, v. Harford Ashley, Appellant.—The counsel fee is reduced to $100 and defendant is allowed twenty days after the service of the order to pay the same. If not then paid, the answer is stricken out. Order appealed from modified accordingly. No opinion. All concur.

George C. Montgomery, Respondent, v. William J. Ryan and Another. Appellants.— Order affirmed, with ten dollars costs and disbursements.—
DYKMAN, J.: This is an appeal from an order denying a motion to change the place of trial of this action from the county of Westchester to the county of New York. There is no merit in the appeal, and the order should be affirmed, with ten dollars costs and disbursements. Brown, P. J., and Pratt, J., concurred.

Charles B. Crowell, Respondent, v. Lidie S. Crowell, Appellant.—Order affirmed, with ten dollars costs and disbursements.—
PRATT, J.: The stipulation obviously contemplated a speedy trial, which had, however, been evaded, and defendant showed no eagerness to bring it on. Under the circumstances, the plaintiff had a right to regard the stipulation as abandoned, and move the trial. The proper county was Queens, and when defendants objected to Kings county, the Special Term judge properly ordered it to be tried here. Order affirmed, with ten dollars costs and disbursements. Brown, P. J., and Dykman, J., concurred.

Adam S. Matheson and R. C. Neal, as Receivers of the American Tube and Iron Company, Appellants, v. Alonzo E. Smith, Respondent. —Order affirmed, with costs. No opinion. All concur.

Willard P. Heath, Respondent, v. Arthur Knapp and J. N. Boyce, Appellants.—Order affirmed, with ten dollars costs and disbursements.—
DYKMAN, J.: This is an appeal from an order of the Special Term denying the defendants' motion to vacate an attachment which was issued against the defendants on the ground that they were about to dispose of their property with an intent to defraud their creditors. The defendants moved to set aside the attachment upon affidavits, and, on the motion, the plaintiff filed further affidavits to sustain the same. The affidavits are somewhat conflicting, but the issuance of the attachment was justified in the first instance by the papers upon which it was based, and the affidavits upon which the motion to vacate the attachment was based failed to destroy the case. There was sufficient evidence of fraudulent intent to justify the denial of the motion to vacate the attachment, and the order should be affirmed, with ten dollars costs and disbursements. Brown, P. J., and Pratt, J., concurred.

In the Matter of Gowdy.—The court finds the respondent guilty of misconduct and deceit, and suspends him from practice for the term of one year from the date of this decision, the fees of the referee to be paid by the county treasurer of Rockland county, out of any money in his hands applicable to the expenses of the courts. All concur.

Catharine Winmer v. Patrick Cleary and Others.—Motion for reargument denied, with ten dollars costs. No opinion. Dykman, J., not sitting.

In the Matter of the Probate of the Last Will and Testament of William Baltz, Deceased.— Decree affirmed, with costs.—
PRATT, J.: The testator was shown to be competent. There is no suggestion that he was influenced. All the formalities were regarded, and the probate of the will must be affirmed, with costs. Brown, P. J., and Dykman, J., concurred

In the Matter of the Probate of the Last Will and Testament of Joseph Cohen, Deceased.— Decree of surrogate affirmed, with costs to be paid by appellant. No opinion. All concur.

George Miller, Respondent, v. John King and John G. McCullough, as Receivers,etc.,Appellants.—Judgment and order reversed, and a new trial granted, costs to abide event. No opinion. All concur.

In the Matter of the Final Judicial Settlement of the Account of William H. Smith as Executor, Trustee, etc.—Decree of surrogate affirmed, with costs to respondent payable out of the estate, Opinion by Pratt, J. (not published at his request). Brown, P. J., dissents on the ground that the estate in remainder created by the will vested on the death of the testator.

Patrick Evers and Rose Evers v. Long Island City.—Judgment affirmed, with costs. No opinion. All concur.

James M. Waterbury and John S. Ellis, as Executors of the Last Will of Lawrence Waterbury, v. The Tucker & Carter Cordage Company and Others, Defendants, Including United States Cordage Company and United States Trust Company.—Judgment and orders appealed from affirmed, with costs. No opinion. All concur.

Thomas H. Phillips, as Administrator, etc., v. The Brooklyn Heights Railroad Company.— Judgment and order affirmed, with costs. No opinion. All concur.

The People of the State of New York v. Edward C. Van Houten.—Judgment affirmed.—